IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL NO. <u>1:19-cv-02160-LTB</u>

**REBECCA WRIGHT, on behalf of herself
and others similarly situated**

**Plaintiffs(s),**

**V.**

**MILLION DOLLAR CORPORATION
D/B/A DANDY DAN'S CLUB,
TERRANCE ("TERRY") DIKEMAN**

**Defendants.**

**JURY TRIAL DEMANDED**

---

## ORDER APPROVING SETTLEMENT

---

Before the Court is the Parties' Joint Motion for Approval of Settlement Agreement. The Court finds that the Settlement Agreement resolves a bona fide dispute, is fair and equitable to all parties concerned, and contains a reasonable award of attorney's fees. Accordingly, the Motion is **GRANTED**.

**SO ORDERED.**

DATE: _____

_____

HON. LEWIS T. BABCOCK
UNITED STATES DISTRICT JUDGE