IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 19-cv-02160-LTB-STV

REBECCA WRIGHT, on behalf of herself and others similarly situated,

    Plaintiff,

v.

MILLION DOLLAR CORPORATION, d/b/a DANDY DAN'S CLUB,
TERRANCE ("TERRY") DIKEMAN,

    Defendants.

_____

### ORDER APPROVING SETTLEMENT
_____

Before the Court is the Parties' Joint Motion for Approval of Settlement Agreement. The Court finds that the Settlement Agreement resolves a bona fide dispute, is fair and equitable to all parties concerned, and contains a reasonable award of attorney's fees. Accordingly, the Motion is GRANTED.

SO ORDERED.

DATE:  October 23, 2019

                                      BY THE COURT:

                                        s/Lewis T. Babcock
                                      Lewis T. Babcock, Judge